**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02576-REB

In re:  RICKIE ALLEN WILSON
        ALICIA STEPHENS WILSON,

      Debtors.

---

RICKIE ALLEN WILSON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,      Bankruptcy Case No. 06-10026 MER
                                        Adversary Case No. 06-1425 MER

      Defendant.

---

## ORDER DENYING MOTION TO WITHDRAW REFERENCE

**Blackburn, J.**

This matter is before me on the debtor-plaintiff's **Motion for Withdrawal of Automatic Reference** [#1], filed in the Bankruptcy Court on November 20, 2006, and in this court on December 26, 2006.  The defendant filed a response [#4] on December 26, 2006.  The motion is denied.

The plaintiff-debtor, Rickie Allen Wilson, filed his complaint in the Bankruptcy Court on March 6, 2006.  The complaint is associated with Wilson's bankruptcy petition, which was filed in January, 2006.  In his complaint, Wilson naned as defendants the United States, the Internal Revenue Service, the Commissioner of Internal Revenue, and an IRS revenue officer.  The plaintiff sought a variety of relief, including an order

voiding and releasing the Notice of Federal Tax Lien descried in the complaint, and an order declaring all sums which the IRS claims Wilson owes to the IRS to be dischargeable and/or discharged.  Ruling on a motion to dismiss by the United States, the Bankruptcy Court dismissed all of Wilson's claims except for his claim for a determination of the dischargeability of his tax debts.  The Bankruptcy Court also dismissed all named defendants, except the United States.  This order was issued on August 10, 2006.  In his motion to withdraw the reference, Wilson asks me to withdraw the reference of his complaint to the Bankruptcy Court, and asks me to hear all of the claims asserted in his complaint.

Under **28 U.S.C. § 157(d)**, a district court may withdraw the reference of a case to the Bankruptcy Court for cause shown.  The first sentence of **§ 157(d)** provides for permissive withdrawal of the reference.  The second sentence of **§ 157(d)** provides for mandatory withdrawal of the reference.  The district court must withdraw the reference if, on timely motion of a party, the district court "determines that resolution of the proceeding requires consideration of both title 11 and other laws of the United States regulating organizations or activities affecting interstate commerce."  **28 U.S.C. § 157(d)**.

The sole remaining claim in the plaintiff's complaint concerns the dischrageability of the plaintiff's tax debts under Title 11 of the United States Code.  The resolution of the plaintiff's remaining claim will not require substantial and material considerations outside of Title 11 of the United States Code.  Therefore, I am not required to withdraw the reference under **§ 157(d)**.  *See, e.g., Trustees of the UMW of America Combined Benefit Fund v. Westmoreleand Coal Company, et al.*, 221 B.R. 512, 513-14 (D. Colo. 1998).  For the reasons outlined in the United States' response [#4], filed

December 26, 2006, I conclude that permissive withdrawal also is not appropriate in this case.  I note further that a motion to withdraw the reference is not a proper means for Wilson to challenge the propriety of the Bankruptcy Court's resolution of the United States' motion to dismiss.  Withdrawal of the reference is a means by which non-bankruptcy claims can be resolved by a district court, and not a means by which rulings of the bankruptcy court are subject to an immediate appeal to the district court.

**THEREFORE, IT IS ORDERED** that the debtor-plaintiff's **Motion for Withdrawal of Automatic Reference** [#1], filed in the Bankruptcy Court on November 20, 2006, and in this court on December 26, 2006, is **DENIED**.

Dated February 7, 2007, at Denver, Colorado.

                                       **BY THE COURT:**

                                       <u>s/ Robert E. Blackburn</u>
                                       **Robert E. Blackburn**
                                       **United States District Judge**